# EXHIBIT "1"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

AMAZON.COM, INC., and Does 1 through 25

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

BOBBY WATKINS

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 25 2019

BY _____ JACQUELINE HARNESS, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* San Bernardino Justice Center

Superior Court of California, County of San Bernardino -
247 West Third St., San Bernardino, CA 92415

CASE NUMBER: CIVDS 1921340

BY FAX

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Matthew Taylor Esq. Vaziri Law Group 5757 Wilshire Blvd. Ste 670, Los Angeles, CA 90036;(310) 777-7540

DATE: JUL 25 2019         Clerk, by **JACQUELINE HARNESS**, Deputy
*(Fecha)*                    *(Secretario)* _____ *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL] [COPY]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* AMAZON.COM, Inc.

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
       ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
       ☐ CCP 416.40 (association or partnership)     ☐ CCP 416.90 (authorized person)
       ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Matthew Taylor (SBN 252556)<br>VAZIRI LAW GROUP, APC.<br>5757 Wilshire Blvd, Ste. 670<br>Los Angeles, CA 90036<br>TELEPHONE NO: 310-777-7540 FAX NO. (Optional): 310-777-0373<br>E-MAIL ADDRESS (Optional): mtaylor@vazirilaw.com<br>ATTORNEY FOR (Name): Plaintiff BOBBY WATKINS | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, 92415
BRANCH NAME: San Bernardino Justice Center

PLAINTIFF: Bobby Watkins

DEFENDANT: Amazon.com, Inc., and

☑ DOES 1 TO 25 inclusive

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
☐ AMENDED (Number):
Type (check all that apply):
☐ MOTOR VEHICLE ☑ OTHER (specify): Premises Liability
☐ Property Damage ☐ Wrongful Death
☑ Personal Injury ☐ Other Damages (specify):

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 25 2019

BY _____
JACQUELINE HARNESS, DEPUTY

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

CIV DS 1921340

1. Plaintiff (name or names): Bobby Watkins
alleges causes of action against defendant (name or names):
Amazon.com, Inc., and Does 1 - 25, inclusive
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

CPFAX

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: Watkins v. Amazon.com, Inc. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Amazon.com, Inc.
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1 to 25 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1 to 25 are persons whose capacities are unknown to plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other (specify):


9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

PLD-PI-001

| SHORT TITLE: Watkins v. Amazon.com, Inc. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☐ Other (specify):

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage (specify):

   Future medical expenses; future pain and suffering

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
   Prem.L-1, Prem. L-2 and GN-1

Date: July 24, 2019

Matthew Taylor, Esq.
(TYPE OR PRINT NAME)

▶ [signature]
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]     COMPLAINT—Personal Injury, Property Damage, Wrongful Death     Page 3 of 3

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Watkins v. Amazon.com, Inc. | |

**First** _____ **CAUSE OF ACTION—Premises Liability** Page __4__
(number)

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

**Prem.L-1.** Plaintiff *(name):* Bobby Watkins
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date):* July 30, 2017    plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury):*

DEFENDANT(S) negligently maintained the premises of the Amazon Fulfillment Center operated by Amazon.com, Inc. at 2125 San Bernardino Ave., San Bernardino, CA 92408, such that they allowed a liquid and/or slippery substance to remain on their floor to create a hazard for its patrons. DEFENDANT(S) failed to adequately inspect, maintain and/or make their premises reasonably safe. DEFENDANT(S) knew or should have known of the dangerous condition prior to Plaintiffs fall, but failed to take any action to clean or warn Plaintiff thereof.

**Prem.L-2:** [✓] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names):*
Amazon.com, Inc.

[✓] Does 1 to 25

**Prem.L-3.** [ ] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names):*

[ ] Does ___ to ___

Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

**Prem.L-4.** [ ] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names):*

[ ] Does ___ to ___

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.
b. [ ] The condition was created by employees of the defendant public entity.

**Prem.L-5. a.** [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*

[ ] Does ___ to ___

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
[ ] described in attachment Prem.L-5.b [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: Watkins v. Amazon.com, Inc. | CASE NUMBER |
|---|---|

**Second** (number) **CAUSE OF ACTION—General Negligence** Page __5__

ATTACHMENT TO ☑ Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Bobby Watkins

alleges that defendant *(name)*: Amazon.com, Inc.

☑ Does __1__ to __25__

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: July 30, 2017
at *(place)*: Amazon Fulfillment Center 2125 San Bernardino Ave., San Bernardino, CA 92408

*(description of reasons for liability)*:

DEFENDANT(S) negligently maintained the premises of the Amazon Fulfillment Center operated by Amazon.com, Inc. at 2125 San Bernardino Ave., San Bernardino, CA 92408, such that they allowed a liquid and/or slippery substance to remain on their floor to create a hazard for its patrons. DEFENDANT(S) failed to adequately inspect, maintain and/or make their premises reasonably safe. DEFENDANT(S) knew or should have known of the dangerous condition prior to Plaintiffs fall, but failed to take any action to clean or warn Plaintiff thereof.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

**CM-010**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Matthew Taylor, Esq. [SBN 252556]
Vaziri Law Group
5757 Wilshire Blvd., Suite 670
Los Angeles, CA 90036
TELEPHONE NO.: 310-777-7540    FAX NO.: 310-777-0373
ATTORNEY FOR (Name): Plaintiff BOBBY WATKINS

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Bernardino
STREET ADDRESS: 247 West Third St.
MAILING ADDRESS:
CITY AND ZIP CODE: San Bernardino, 92415
BRANCH NAME: San Bernardino Justice Center

**FOR COURT USE ONLY**

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 25 2019

BY _____ JACQUELINE HARNESS, DEPUTY

**CASE NAME:** Bobby Watkins v. Amazon.com, Inc.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CIV DS 1921340<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation** (Cal. Rules of Court, rules 3.400–3.403)
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (not specified above) (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: 2
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 24, 2019

Matthew Taylor, Esq.
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET** CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach–Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non- domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non- harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]     **CIVIL CASE COVER SHEET**     Page 2 of 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

BOBBY WATKINS

CASE NO. CIV DS 1921340

vs.

**CERTIFICATE OF ASSIGNMENT**

AMAZON.COM, INC.

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the San Bernardino Justice Center District of the Superior Court under Rule 404 of this court for the checked reason:

☒ General ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☐ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☐ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☒ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

| Amazon Fulfillment Center | | 2125 San Bernardino Ave. |
|---|---|---|
| NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR | | ADDRESS |
| San Bernardino | CA | 92408 |
| CITY | STATE | ZIP CODE |

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on July 24, 2019 at Los Angeles, California

Signature of Attorney/Party

CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

COPY

Martin K. Deniston, Esq. (SBN 106737)
Benjamin A. Davis, Esq. (SBN 255375)
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone: (213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant,
AMAZON.COM SERVICES, INC.
(Erroneously sued as Amazon.com, Inc.)

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

OCT 2 1 2019

BY _____, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN BERNARDINO

| | |
|---|---|
| BOBBY WATKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., and Does 1 to 25, inclusive,<br><br>Defendants. | Case No: CIV DS 1921340<br><br>[Hon. Michael A. Sachs, Dept. S-28]<br><br>**AMAZON.COM SERVICES, INC.'s ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**<br><br>Complaint Filed: July 25, 2019<br>Trial Date: None |

Defendant AMAZON.COM SERVICES, INC. (hereinafter "Amazon"), erroneously sued as Amazon.com, Inc., answers the unverified Complaint of Plaintiff BOBBY WATKINS (hereinafter "Plaintiff") and responds and alleges as follows:

### GENERAL DENIAL

1. Pursuant to the provisions of California *Code of Civil Procedure* § 431.30, Amazon generally denies each and every allegation in the Complaint, and further denies that Plaintiff has been injured and/or damaged in the amounts therein or in any other amount or at all by Plaintiff is entitled to recover damages of any kind in any amount from Amazon.

///

///

1

DEFENDANT AMAZON.COM SERVICES, INC'S ANSWER TO PLAINTIFF'S COMPLAINT; REQUEST FOR JURY TRIAL

## SEPARATE AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State Cause of Action)**

2. Amazon is informed and believes and based thereon alleges, that the Complaint, and each and every cause of action contained therein, fail to allege facts sufficient to state a cause of action against Amazon.

### SECOND AFFIRMATIVE DEFENSE

**(Statute of Limitations)**

3. Amazon is informed and believes and based thereon alleges, that the Complaint, and each and every cause of action therein, are barred by the applicable statute of limitations including, but not limited to, those set forth in California *Code of Civil Procedure* Sections 335.1, 338, 339 and 340.

### THIRD AFFIRMATIVE DEFENSE

**(No Standing)**

4. Amazon is informed and believes and based thereon alleges, that Plaintiff does not have standing to assert a claim for damages against Amaon, in whole, or in part.

### FOURTH AFFIRMATIVE DEFENSE

**(Comparative Fault of Third Parties)**

5. Amazon is informed and believes and based thereon alleges, that any injuries allegedly sustained by Plaintiff were either wholly or in part negligently caused by persons, firms, corporations, or entities other than Amazon, and that said negligence is either imputed to Plaintiff, by reason of the relationship of said parties to Plaintiff, and/or said negligence comparatively reduces the percentage of negligence, if any, attributed to Amazon.

### FIFTH AFFIRMATIVE DEFENSE

**(Contributory Negligence)**

6. Amazon is informed and believes and based thereon alleges, that the injury, damage or loss, if any, sustained by Plaintiff was proximately caused and contributed to by the carelessness, negligence or fault of Plaintiff, his agents, representatives, assigns and/or

employees, and that same were careless and negligent with respect to the liabilities, losses and/or damages alleged in the Complaint. Accordingly, if Plaintiff is entitled to recover for any of the liabilities, losses and/or damages alleged against Amazon, such recovery should be reduced to the extent that such liabilities, losses and/or damages are attributable to the negligence of Plaintiff or its agents, representatives, assigns and/or employees.

## SIXTH AFFIRMATIVE DEFENSE
### (Intervening/Superseding Acts)

7. Amazon is informed and believes and based thereon alleges, that if Plaintiff was damaged in any manner whatsoever, that said damage, if any, was a direct and proximate result of intervening and superseding acts on the part of other persons, and not Amazon, and that such intervening and superseding acts of said other persons bar recovery herein on behalf of Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE
### (Trivial Defect)

8. Amazon is informed and believes and based thereon alleges, that Amazon is excused from liability for a dangerous condition on the premises, if any, because at the time of the subject accident the condition was a trivial defect.

## EIGHTH AFFIRMATIVE DEFENSE
### (Open and Obvious Condition)

9. Amazon is informed and believes and based thereon alleges, that that Amazon is excused from liability for a dangerous condition on the premises, if any, because the dangerous condition was open, obvious and known to Plaintiff prior to the subject accident.

## NINTH AFFIRMATIVE DEFENSE
### (Knowledge of Danger/Assumption of Risk)

10. Amazon is informed and believes and thereon alleges, that at the time of the subject accident the dangerous condition on the premises, if any, was known to Plaintiff who understood the degree of risk involved and thereafter voluntarily assumed such risk.

3
DEFENDANT AMAZON.COM SERVICES, INC'S ANSWER TO PLAINTIFF'S COMPLAINT; REQUEST FOR JURY TRIAL

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Actual or Constructive Notice)

11. Amazon is informed and believes and based thereon alleges, that Amazon did not have actual or constructive notice of the dangerous condition, if any, on the premises for a sufficient time prior to the subject accident within which measures could have been taken to protect against the dangerous condition, if any.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Natural Geography of Location)

12. Amazon is informed and believes and based thereon alleges, that the injuries alleged in the Complaint were solely caused by the natural condition present at the subject geographical location which no one could reasonably be expected to anticipate and to whose effect could not be prevented by the exercise of prudence, diligence and care.

## TWELFTH AFFIRMATIVE DEFENSE

### (Contribution)

13. Amazon is informed and believes and based thereon alleges, that Amazon is entitled to a right of contribution from all other parties and persons whose negligence contributed to the happening of the claimed incidents or alleged injuries and damages if Plaintiff should obtain a judgment against Amazon.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Indemnity)

14. Amazon is informed and believes and based thereon alleges, that Amazon is entitled to a right of indemnification by apportionment against all other parties and persons whose negligence contributed to the happening of the claimed incidents or the alleged injuries and damages if Plaintiff should obtain a judgment against Amazon.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Vicarious Liability/Independent Contractor)

15. Amazon is informed and believes and based thereon alleges, that Plaintiff was an employee of Lazer Spot, Inc., who is an independent contractor by agreement with Amazon,

and who was entirely responsible for the manner and means by which it fulfilled its services under that agreement and was wholly responsible for maintaining the safety of the conditions of the flooring where Plaintiff alleged he slipped and fell. Accordingly, Amazon cannot be held liable, or vicariously liable, under the respondeat superior doctrine, or otherwise, or at all.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate)

16. Amazon is informed and believes and based thereon alleges, that Plaintiff is barred and precluded from recovery in this action due to his own failure to act promptly and expeditiously to mitigate his damages, if any.

### SIXTEENTH AFFIRMATIVE DEFENSE

#### (Waiver)

17. Amazon is informed and believes and based thereon alleges, that Plaintiff has waived any and all claims that he has or may have against Amazon.

### SEVENTEENTH AFFIRMATIVE DEFENSE

#### (Laches)

18. Amazon is informed and believes and based thereon alleges, that any and all claims Plaintiff may have against Amazon are barred by the doctrine of laches.

### EIGHTEENTH AFFIRMATIVE DEFENSE

#### (Reserved Affirmative Defenses)

19. Amazon alleges that it currently has insufficient information upon which to form a belief as to whether it may have additional and currently unstated affirmative defenses. Therefore, Amazon reserves its right to assert additional affirmative defenses in the event discovery indicates that they would be appropriate.

WHEREFORE, Defendant AMAZON FULFILLMENT SERVICES, INC. prays as follows:

    1. That Plaintiff take nothing by way of the Complaint;

    2. For dismissal of the Complaint with prejudice, and/or for judgment in favor of Amazon and against Plaintiff;

3. For costs of suit; and

4. For such further relief as the court may deem just and proper.

Dated: October 21, 2019

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Martin K. Deniston
Benjamin A. Davis
Attorneys for Defendant,
AMAZON.COM SERVICES, INC.

## REQUEST FOR JURY TRIAL

Defendant AMAZON.COM SERVICES, INC. requests a trial by jury for all issues so triable.

Dated: October 21, 2019

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Martin K. Deniston
Benjamin A. Davis
Attorneys for Defendant,
AMAZON.COM SERVICES, INC.

## PROOF OF SERVICE

*Watkins v. Amazon.com, Inc., et al.*
San Bernardino Superior Court, Case No. CIV DS 1921340
Attorneys for Defendant Amazon.com, Inc.
Our File No. 22081.00003

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On October 21, 2019, I served the foregoing document described as

**AMAZON.COM SERVICES, INC.'S ANSWER TO COMPLAINT; REQUEST FOR JURY TRIAL**

by placing true copy(ies) thereof enclosed in sealed envelopes addressed as follows:

Matthew Taylor
VAZIRI LAW GROUP, APC
5757 Wilshire Boulevard, Suite 670
Los Angeles, California 90036
mtaylor@vazirilaw.com
T: (310) 777-7540

| | |
|---|---|
| **X** | by U.S. Mail. I am "readily familiar" with my firm's collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| | by Overnight - Federal Express pickup from our office. |
| | by personal delivery to offices of addressees. |
| | by facsimile to offices of addresses. |
| | by e-mail or Electronic Transmission. I caused said document to be electronically filed and served via a court approved electronic filing service provider (EFSP) • ☒ *[Nationwide Legal]* ☐ *[One Legal]*, ☐ *[First Legal]*, |
| | by e-mail. I caused said document to be e-mailed to the parties. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 21, 2019, at Los Angeles, California.

*Kimberly Bardales*
Kimberly Bardales

---

7

DEFENDANT AMAZON.COM SERVICES, INC'S ANSWER TO PLAINTIFF'S COMPLAINT; REQUEST FOR JURY TRIAL