1  Martin K. Deniston, Esq. (SBN 106737)
   Martin.deniston@wilsonelser.com
2  Benjamin A. Davis, Esq. (SBN 255375)
   Ben.davis@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
6
7  Attorneys for Defendant,
   AMAZON.COM SERVICES, INC.
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| BOBBY WATKINS, | Case No: 5:19-CV-02091-JWH-SHK |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| AMAZON.COM, INC., and DOES 1 to 25, inclusive | |
| Defendants. | |

                        **STIPULATION**

   Plaintiff Bobby Watkins and Defendant Amazon.com Services, Inc. hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a), that this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The parties request that the Court ender an Order dismissing the action with prejudice, with each party to bear its own attorneys' fees and costs.

## **SIGNATURE ATTESTATION UNDER L.R. 5-4.3.4**

I attest that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Ben Davis*
Benjamin A. Davis

Dated: April 28, 2021

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

By: */s/ Ben Davis*
Martin K. Deniston
Benjamin A. Davis
Attorneys for Defendant,
AMAZON.COM SERVICES, INC.

Dated: April 28, 2021

VAZIRI LAW GROUP, APC

By: */s/ Matt Taylor*
Siamak Vaziri
Matthew Taylor
Aaron G. Miller
Attorneys for Plaintiff,
BOBBY WATKINS

*Bobby Watkins v. Amazon.com Services, Inc.*
USDC Case No. 5:19-CV-02091-JWH-SHK
Wilson Elser File No. 22081.00003

# CERTIFICATE OF SERVICE

**United States District Court, Central District of California**

At the time of service, I was over 18 years of age and not a party to the action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **April 28, 2021**, I served the following document(s): **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** on the following persons at the following address(es):

| | |
|---|---|
| Matthew Taylor, Esq.<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Boulevard, Suite 670<br>Los Angeles, California 90036<br>Tel: 310-777-7540<br>Fax: 310-777-0373<br>Email: mtaylor@vazirilaw.com | Attorneys for Plaintiff,<br>BOBBY WATKINS |

The documents were served by the following means:

**[X]** **[BY COURT'S CM/ECF SYSTEM]** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

**[ ]** **[BY ELECTRONIC TRANSMISSION]** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be electronically served on each of the designated counsel to the email address(es): mtteam@vazirilaw.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **April 28, 2021,** at Los Angeles, California.

_____
Griselda Greer

253325358v.1