| | |
|---|---|
| 1 | Martin K. Deniston, Esq. (SBN 106737) |
| | Martin.deniston@wilsonelser.com |
| 2 | Benjamin A. Davis, Esq. (SBN 255375) |
| | Ben.davis@wilsonelser.com |
| 3 | **WILSON, ELSER, MOSKOWITZ,** |
| | **EDELMAN & DICKER LLP** |
| 4 | 555 South Flower Street, Suite 2900 |
| | Los Angeles, California 90071 |
| 5 | Telephone:(213) 443-5100 |
| | Facsimile: (213) 443-5101 |
| 6 | |
| 7 | Attorneys for Defendant, AMAZON.COM SERVICES, INC. |

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY WATKINS, | Case No: 5:19-CV-02091-JWH-SHKx |
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AMAZON.COM, INC., and DOES 1 to 25, inclusive | |
| Defendants. | |

1
ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
253325237v.1

The parties' Stipulation for Dismissal with Prejudice, filed pursuant to Federal Rule of Civil Procedure 41(a)(2), is accepted and approved. This action is hereby **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: April 28, 2021

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

*Bobby Watkins v. Amazon.com Services, Inc.*
USDC Case No. 5:19-CV-02091-JWH-SHK
Wilson Elser File No. 22081.00003

# CERTIFICATE OF SERVICE

**United States District Court, Central District of California**

At the time of service, I was over 18 years of age and not a party to the action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California, 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On **April 28, 2021**, I served the following document(s): **[PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** on the following persons at the following address(es):

| | |
|---|---|
| Matthew Taylor, Esq.<br>VAZIRI LAW GROUP, APC<br>5757 Wilshire Boulevard, Suite 670<br>Los Angeles, California 90036<br>Tel: 310-777-7540<br>Fax: 310-777-0373<br>Email: mtaylor@vazirilaw.com | Attorneys for Plaintiff,<br>BOBBY WATKINS |

The documents were served by the following means:

**[X]** **[BY COURT'S CM/ECF SYSTEM]** Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

**[ ]** **[BY ELECTRONIC TRANSMISSION]** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be electronically served on each of the designated counsel to the email address(es): mtteam@vazirilaw.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on **April 28, 2021,** at Los Angeles, California.

_____
Griselda Greer

253325237v.1